**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In      Sergio A. Teran
Re:    Debtor

Case No.: 14−36714

Chapter:  13

ENTERED
11/12/2015

---

## ORDER RESETTING MOTION TO DISMISS

1.  The chapter 13 trustee's motion to dismiss is continued until 1/7/16 at 09:00 AM.


Signed and Entered on Docket: 11/12/15.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE